### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH ROSWOLD-ZAWADA,         ) | |
| ) | 11-cv-50305 |
| Plaintiff,            ) | |
| ) | J. Reinhard |
| vs.                                  ) | |
| ) | |
| AMERICAN CORADIUS           ) | |
| INTERNATIONAL, LLC, d/b/a ACI,   ) | |
| ) | |
| Defendant.          ) | |

### NOTICE OF DISMISSAL

Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice of the dismissal of this action, without prejudice and without costs.

        Respectfully submitted,

        s/ Catherine A. Ceko
        Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

### CERTIFICATE OF SERVICE

I, Catherine A. Ceko, hereby certify that this notice was filed with the Court on November 8, 2011. This notice was also sent for service on the same date via US mail to:

American Coradius International, LLC
c/o Registered Agent
Illinois Corporations Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703

        s/ Catherine A. Ceko
        Catherine A. Ceko