# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50305 | **DATE** | 11/9/2011 |
| **CASE TITLE** | Roswold-Zawada v. American Coradius International, LLC | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of dismissal [10], this case is dismissed without prejudice. Any pending motions are now moot.

*Philip G. Reinhard*

Electronic Notices.
Copy to Magistrate Judge.

| | Courtroom Deputy Initials: | JT |
|---|---|---|

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50305 | **DATE** | 11/9/2011 |
| **CASE TITLE** | Roswold-Zawada v. American Coradius International, LLC | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of dismissal [10], this case is dismissed without prejudice. Any pending motions are now moot.

*Philip G. Reinhard*

Electronic Notices.
Copy to Magistrate Judge.

| | Courtroom Deputy Initials: | JT |
|---|---|---|

Page 1 of 1

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50305 | **DATE** | 11/9/2011 |
| **CASE TITLE** | Roswold-Zawada v. American Coradius International, LLC | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of dismissal [10], this case is dismissed without prejudice. Any pending motions are now moot.

*Philip G. Reinhard*

Electronic Notices.
Copy to Magistrate Judge.

| | Courtroom Deputy Initials: | JT |
|---|---|---|